**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Salvino, Christopher Keith** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Salvino, Suzanne Mary** |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**0289** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**3831** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**401 E. Ontario**<br>**Apartment 4406**<br>**Chicago, Illinois  60611** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**401 East Ontario**<br>**Apartment 4406**<br>**Chicago, Illinois  60611** |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☒ Individual(s)   ☐ Railroad<br>☐ Corporation     ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other _____  ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee Attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business (Check all boxes that apply)**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)            THIS SPACE IS FOR COURT USE ONLY
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)             FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Christopher Keith Salvino, Suzanne Mary Salvino** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Christopher Keith Salvino**
Signature of Debtor

X  **/s/ Suzanne Mary Salvino**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**10/14/2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **s/Kenneth A. Michaels Jr.**          **10/14/2005**
Signature of Attorney for Debtor(s)         Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Attorney**

X  **s/Kenneth A. Michaels Jr.**
Signature of Attorney for Debtor(s)

**Kenneth A. Michaels Jr., 6185885**
Printed Name of Attorney for Debtor(s) / Bar No.

**Bauch & Michaels, LLC**
Firm Name

**53 West Jackson Boulevard  Suite 1115**
Address

**Chicago, Illinois  60604**

**(312) 588-5000              (312) 427-5709**
Telephone Number

**10/14/2005**
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X  **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Name of Debtors:  **Christopher Keith Salvino**
**Suzanne Mary Salvino**

Case Number:

| NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR |
|---|

**Paul M. Bauch**                                    **6196619**

**Kenneth A. Michaels Jr.   6185885**
**Bauch & Michaels, LLC**
**53 West Jackson Boulevard**
**Suite 1115**
**Chicago, Illinois  60604**

**(312) 588-5000**
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In Re:
Debtor:  **Christopher Keith Salvino**
Social Security Number:  **0289**

Joint Debtor:  **Suzanne Mary Salvino**
Social Security Number:  **3831**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | **American Chartered**<br>**1199 E. Higgins Road**<br>**Schaumburg, IL 60173** | **Secured Claims** | $ 960,000.00 |
| 2. | **Citibank Visa**<br>**c/o Citicards**<br>**P.O. Box 183037**<br>**Columbus, OH 43218-3037** | **Unsecured Claims** | $ 10,000.00 |
| 3. | **Citibank Visa**<br>**c/o Citicards**<br>**P.O. Box 183037**<br>**Columbus, OH 43218-3037** | **Unsecured Claims** | $  5,000.00 |
| 4. | **Comerica**<br>**c/o Steven A. Roach**<br>**Miller Canfield**<br>**150 W. Jefferson Ave., Ste. 2500**<br>**Detroit, MI** | **Secured Claims** | $4,500,000.00 |
| 5. | **Cook County Treasurer**<br>**P.O. Box 4488**<br>**Carol Stream, IL 60197-4488** | **Secured Claims** | $  8,500.00 |

In re: **Christopher Keith Salvino**  Case No. _____
**Suzanne Mary Salvino**

| | | | |
|---|---|---|---|
| 6. | **Cook County Treasurer**<br>**P.O. Box 4488**<br>**Carol Stream, IL 60197-4488** | Secured Claims | $ 2,293.00 |
| 7. | **Flex Partners, Inc.**<br><br>**San Diego, CA** | Unsecured Claims | $ 50,000.00 |
| 8. | **GE Healthcare Financial Services**<br>**2 Bethesda Metro Center**<br>**Suite 600**<br>**Bethesda, MD 20814** | Unsecured Claims | $ 500,000.00 |
| 9. | **James Gordon Wright, MD**<br>**3825 Highland Avenue**<br>**Tower 2, Suite 303**<br>**Downers Grove, IL 60515** | Unsecured Claims | $ 7,068.16 |
| 10. | **Midwest Surgical Consultants**<br>**2801 Finley, #220**<br>**Downers Grove, IL 60515** | Unsecured Claims | $ 100,000.00 |
| 11. | **Net Bank**<br>**P.O. Box 105383**<br>**Atlanta, GA 30348** | Secured Claims | $ 300,000.00 |
| 12. | **TCF Mortgage Corporation**<br>**801 Marquette Avenue**<br>**Minneapolis, MN 55402** | Secured Claims | $ 65,000.00 |
| 13. | **Washington Mutual Home Loans**<br>**P.O. Box 3139**<br>**Milwaukee, WI 53201** | Secured Claims | $ 474,036.00 |
| 14. | **Wells Fargo**<br>**733 Marquette Avenue**<br>**Suite 300**<br>**Minneapolis, MN 55402** | Unsecured Claims | $ 500,000.00 |

In re: Case No. _____

In re: **Christopher Keith Salvino**  Case No. _____
**Suzanne Mary Salvino**

| | | | |
|---|---|---|---|
| 15. | **Wells Fargo**<br>**733 Marquette Avenue**<br>**Suite 300**<br>**Minneapolis, MN 55402** | **Unsecured Claims** | **$ 250,000.00** |
| 16. | **Wish Acquisitions**<br>**c/o Kenneth A. Gerasimovich**<br>**Greenberb & Traurig, LLC**<br>**200 Park Avenue**<br>**New York, NY 10166** | **Unsecured Claims** | **$1,500,000.00** |

Numbered Listing of Creditors - Page 3

In re: **Christopher Keith Salvino**  
**Suzanne Mary Salvino**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Christopher Keith Salvino**, and I, **Suzanne Mary Salvino**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **3 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.

Signature: **/s/ Christopher Keith Salvino**  
**Christopher Keith Salvino**

Dated: **10/14/2005**

Signature: **/s/ Suzanne Mary Salvino**  
**Suzanne Mary Salvino**

Dated: **10/14/2005**