**FILED**

**MAY 27 2009**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )
                                                )    Case No. 05 B 61546
CHRISTOPHER AND SUZANNE                         )
SALVINO                                         )
                                                )
                                                )    Chapter 7
            Debtors.                            )
                                                )

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO
LEVENFELD PEARLSTEIN LLC, ATTORNEYS FOR THE TRUSTEE, FOR ALLOWANCE AND
PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $6,150.00 | TOTAL COSTS REQUESTED: | $216.79 |
| TOTAL FEES REDUCED: | $311.00 | TOTAL COSTS REDUCED: | $73.49 |
| TOTAL FEES ALLOWED: | $5,839.00 | TOTAL COSTS ALLOWED: | $143.30 |

**TOTAL FEES AND COSTS ALLOWED: $5,982.30**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN
DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE
NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE
NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)     **Unreasonable Time**
        The Court denies the allowance in part of compensation for the following task since the professional or
paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the
experience and knowledge of the professional performing the task, and the amount of time previously expended by
the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will
determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney
should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an
unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr.
N.D. Ill. 1987) (same).
        As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of
compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr.
N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and
litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re
Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone
Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir.
1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the
hours of the main case)).

(2)     **Overhead Costs are Non-Compensable**
        The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are
overhead are not compensable because they are built into the hourly rate. *See In re Wildman,* 72 B.R. 700, 731
(Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs
or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re
Convent Guardian Corp.,* 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker,* 48 B.R. 161, 164
(Bankr. N.D. Ill. 1985)).

1

Dated: May 27, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

# Transactions Bankruptcy Fee Application

matter id = '35554-65491' and costs and wip and extended amount is > 0

| Date | Prof | MatterID/Client Sort<br>Matter Description<br>Narrative | Units | Price | Value |
|---|---|---|---|---|---|
| 7/31/2006 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Duplicating Charges | 1.00 | 0.10 | 0.10 |
| 7/31/2006 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Messenger Delivery Service | 1.00 | 20.00 | 20.00 |
| 8/25/2006 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Long Distance Telephone | 1.00 | 1.50 | 1.50 |
| 8/30/2006 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Duplicating Charges | 59.00 | 0.10 | 5.90 |
| 10/19/2006 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Duplicating Charges | 12.00 | 0.10 | 1.20 |
| 2/2/2007 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Duplicating Charges | 2.00 | 0.10 | 0.20 |
| 2/2/2007 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Duplicating Charges | 2.00 | 0.10 | 0.20 |
| 2/2/2007 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Duplicating Charges | 2.00 | 0.10 | 0.20 |
| 3/7/2007 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Long Distance Telephone | 1.00 | 0.70 | 0.70 |
| 3/7/2007 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Westlaw On-line Database | 1.00 | 73.49 | 73.49 #2 |
| 7/22/2008 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Pacer - Bankruptcy Database Search Fee | 1.00 | 15.00 | 15.00 |
| | | Component Type: Soft Costs | 786.00 | | 188.79 |

**Component Type: Hard Costs**

| | | | | | |
|---|---|---|---|---|---|
| 3/7/2007 | | 35554-65491 / Szilagyi as Trustee<br>SALVINO, CHRISTOPHER & SUZANNE<br>Advance Governmental Filing/Document Retrieval<br>Fees | 1.00 | 28.00 | 28.00 |

# Transactions Bankruptcy Fee Application

matter id begins with '35554-65491.001' and fees and extended amount is > 0

MatterID/Client Sort
Matter Description

| Date | Prof | Narrative | Units | Price | Value |
|---|---|---|---|---|---|
| 5/1/2006 | BAL | 35554-65491.001 / Szilagyi as Trustee<br>FEE/ EMPLOYMENT APPLICATIONS<br>Preparation of Application to Employ Legal Counsel and Motion for Entry of Order Approving Abandonment for e-filing by conversion of same into PDF; e-filing of same. | 0.60 | 150.00 | 90.00 |
| 4/27/2006 | GS | 35554-65491.001 / Szilagyi as Trustee<br>FEE/ EMPLOYMENT APPLICATIONS<br>Run conflicts check and draft application to employ LP. | 0.50 | 350.00 | 175.00 |
| 5/1/2006 | GS | 35554-65491.001 / Szilagyi as Trustee<br>FEE/ EMPLOYMENT APPLICATIONS<br>Revise application to employ LP; draft affidavit, notice and order. | 0.50 | 350.00 | 175.00 |
| 5/16/2006 | BAL | 35554-65491.001 / Szilagyi as Trustee<br>FEE/ EMPLOYMENT APPLICATIONS<br>Transfer pdf copies of motion to local drive in preparation for electronic filing (.10); efiling of motion to employ accountant (.30); prepare facsimile cover sheet forwarding copies of motion to necessary parties (.20); docket hearing date (.10) | 0.70 | 150.00 | 105.00 |
| 5/18/2006 | GS | 35554-65491.001 / Szilagyi as Trustee<br>FEE/ EMPLOYMENT APPLICATIONS<br>Appear in court re applications to employ counsel and accountant and motion to abandon condo. | 1.00 | 350.00 | 350.00 |
| 4/4/2007 | YCP | 35554-65491.001 / Szilagyi as Trustee<br>FEE/ EMPLOYMENT APPLICATIONS<br>Review and categorize prebill | 0.50 | 160.00 | 80.00 |
| 7/22/2008 | AAB | 35554-65491.001 / Szilagyi as Trustee<br>FEE/ EMPLOYMENT APPLICATIONS<br>Review of time entries from inception of matter through today's date and began categorizing the same including conforming all time entries and costs to Local Rule approved entries. Began drafting First Interim Fee Application; Researched all counsel of record required for Notice of Application. | 2.50 | 180.00 | 450.00 |
| 7/24/2008 | AAB | 35554-65491.001 / Szilagyi as Trustee<br>FEE/ EMPLOYMENT APPLICATIONS<br>Continued work on LP Fee Application including preparation of spreadsheets for categorized time along with preparation of supporting documents for Application, i.e. Cover Sheet, Order and Notice of Motion. | 1.00 | 180.00 | 180.00 |
| | | Grand Total | 7.30 | | 1,605.00 |

*handwritten note: #1 capped @ 5%*