# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                    §
                                          §
CHRISTOPHER KEITH SALVINO                 §    Case No. 05-61546
SUZANNE MARY SALVINO                      §
                                          §
                                          §
            Debtor(s)                     §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter    of the United States Bankruptcy Code on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/Gregg Szilagyi_____
                                                                  Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 05-61546 ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|
| Case Name: | CHRISTOPHER KEITH SALVINO | | | Date Filed (f) or Converted (c): | 10/16/05 (f) |
| | SUZANNE MARY SALVINO | | | 341(a) Meeting Date: | 02/16/06 |
| For Period Ending: | 05/19/10 | | | Claims Bar Date: | 06/20/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | RENT FROM REAL ESTATE (u) | Unknown | Unknown | | 18,550.00 | Unknown |
| 2 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,738.57 | Unknown |
| 3 | FURS AND JEWELRY | 10,000.00 | Unknown | | 15,000.00 | Unknown |
| 4 | CHECKING, SAVINGS, ETC. -- wm blair acct (u) | 0.00 | Unknown | | 15,100.00 | Unknown |
| 5 | STOCK -- AIR ANGELS, INC. | 1,000.00 | Unknown | | 15,000.00 | FA |
| 6 | MISC. REFUND - 2004 STATE TAX REFUND (u) | 0.00 | Unknown | | 18,930.00 | FA |
| 7 | MISC. REFUND -- 2005 STATE TAX REFUND (u) | 0.00 | Unknown | | 8,287.00 | FA |
| 8 | CHECKING, SAVINGS, ETC. harris | 3,000.00 | Unknown | | 0.00 | Unknown |
| 9 | CHECKING, SAVINGS, ETC. -- harris | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 10 | SECURITY DEPOSIT - domestic staff | 6,000.00 | 6,000.00 | | 0.00 | 6,000.00 |
| 11 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | Unknown | | 0.00 | Unknown |
| 12 | BOOKS, ART OBJECTS, COLLECTIBLES | 50.00 | Unknown | | 0.00 | Unknown |
| 13 | WEARING APPAREL | 200.00 | 200.00 | | 0.00 | 200.00 |
| 14 | SPORTS AND HOBBY EQUIPMENT | 200.00 | Unknown | | 0.00 | Unknown |
| 15 | IRA'S/PENSION PLANS, ETC. aero flt II | 13,238.00 | Unknown | | 0.00 | Unknown |
| 16 | IRA'S/PENSION PLANS, ETC. del charter | 113,224.00 | Unknown | | 0.00 | Unknown |
| 17 | IRA'S/PENSION PLANS, ETC. -- midwest surgical pension | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | IRA'S/PENSION PLANS, ETC. midwest surgical profit sharing | 1.00 | Unknown | | 0.00 | Unknown |
| 19 | IRA'S/PENSION PLANS, ETC. wish center 401 k | 275,000.00 | Unknown | | 0.00 | Unknown |
| 20 | STOCK -- aero flight II | 1.00 | Unknown | | 0.00 | Unknown |
| 21 | STOCK -- midwest sugical consultants | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 22 | STOCK -- midwest surgical real estate holdings | 1.00 | 0.00 | | 0.00 | 0.00 |
| 23 | STOCK -- midwest surgical llc | 1.00 | Unknown | | 0.00 | Unknown |
| 24 | STOCK -- midwest trauma llc | 1.00 | 1.00 | | 0.00 | 1.00 |
| 25 | STOCK -- salvino holdings, inc | 1.00 | Unknown | | 0.00 | Unknown |
| 26 | STOCK -- weight intervention | 1.00 | Unknown | | 0.00 | Unknown |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 05-61546 ERW Judge: Eugene R. Wedoff
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
For Period Ending: 05/19/10

Trustee Name: Gregg Szilagyi
Date Filed (f) or Converted (c): 10/16/05 (f)
341(a) Meeting Date: 02/16/06
Claims Bar Date: 06/20/06

| | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | STOCK -- wish center no. 3 | 1.00 | Unknown | | 0.00 | Unknown |
| 28 | STOCK -- executive charter | 1.00 | Unknown | | 0.00 | Unknown |
| 29 | STOCK -- midwest surgical specialists | 1.00 | Unknown | | 0.00 | Unknown |
| 30 | STOCK -- salvino enterprises II lp | 30,000.00 | Unknown | | 0.00 | Unknown |
| 31 | Salvino enterprises lp | 1,000.00 | Unknown | | 0.00 | Unknown |
| 32 | ACCOUNTS RECEIVABLE - az temp services | 2,000.00 | Unknown | | 0.00 | Unknown |
| 33 | OTHER DEBTS OWED TO DEBTOR - loan to aeroflight II | 1.00 | Unknown | | 0.00 | Unknown |
| 34 | CONTINGENT CLAIMS salvino 2002 gift trust | 1.00 | Unknown | | 0.00 | Unknown |
| 35 | CONTINGENT CLAIMS 2002 dec of trust | 1.00 | Unknown | | 0.00 | Unknown |
| 36 | CONTINGENT CLAIMS -- 2002 irrev trust | 1.00 | Unknown | | 0.00 | Unknown |
| 37 | CONTINGENT CLAIMS -- suzanne 2002 dec of trust | 1.00 | Unknown | | 0.00 | Unknown |
| 38 | PATENT -- 1/5 INTEREST IN MED PATENT | 100.00 | Unknown | | 0.00 | Unknown |
| 39 | LICENSES AND FRANCHISES - PARTIAL INT IN BULLS TIX | 3,900.00 | Unknown | | 0.00 | Unknown |
| 40 | COMPUTER | 1.00 | Unknown | | 0.00 | Unknown |
| 41 | ANIMAL - CAT | 1.00 | Unknown | | 0.00 | Unknown |
| 42 | OTHER MISC -- INDEMNITY AGREEMENT | 1.00 | Unknown | | 0.00 | Unknown |
| 43 | MISC. REFUND 2004 1040 | Unknown | Unknown | | 214,892.30 | Unknown |
| 44 | Avoidance Action (u) | 0.00 | Unknown | | 45,000.00 | FA |
| 45 | GOVT BONDS | 100.00 | 100.00 | | 0.00 | 100.00 |
| 46 | REAL ESTATE -401 E. ONTARIO | 650,000.00 | Unknown | DA | 0.00 | Unknown |

TOTALS (Excluding Unknown Values)      $1,113,030.00      $8,301.00      $352,497.87

Gross Value of Remaining Assets
$8,301.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-61546 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Gregg Szilagyi |
| Case Name: | CHRISTOPHER KEITH SALVINO | | | Date Filed (f) or Converted (c): | 10/16/05 (f) |
| | SUZANNE MARY SALVINO | | | 341(a) Meeting Date: | 02/16/06 |
| For Period Ending: 05/19/10 | | | | Claims Bar Date: | 06/20/06 |

RE PROP #   3   --   DIAMOND BRACELET, DIAMOND STUD EARRINGS, WEDDING RING, ENGAGEMENT RING
RE PROP #   4   --   WILLIAM BLAIR ACCOUNT

Initial Projected Date of Final Report (TFR):   12/31/07         Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 05/19/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/06 | 1 | CHRISTOPHER KEITH SALVINO<br>401 E ONTARIO ST APT 4406<br>CHICAGO, IL 60611-6900 | DEC. RENT | 1122-000 | 2,650.00 | | 2,650.00 |
| 01/25/06 | 1 | CHRISTOPHER KEITH SALVINO<br>401 E ONTARIO ST APT 4406<br>CHICAGO, IL 60611-6900 | JAN. RENT | 1122-000 | 2,650.00 | | 5,300.00 |
| 01/30/06 | 1 | CHRISTOPHER KEITH SALVINO<br>401 E ONTARIO ST APT 4406<br>CHICAGO, IL 60611-6900 | NOV '05 RENT | 1122-000 | 2,650.00 | | 7,950.00 |
| 01/31/06 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.17 | | 7,950.17 |
| 02/09/06 | 001000 | INTERNATIONAL SURETIES LTD<br>SUITE 500<br>203 CARONDELET STREET<br>NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT | 2300-000 | | 25.38 | 7,924.79 |
| 02/24/06 | 1 | CHRISTOPHER KEITH SALVINO<br>401 E ONTARIO ST APT 4406<br>CHICAGO, IL 60611-6900 | FEB RENT 401 E Ontario | 1122-000 | 2,650.00 | | 10,574.79 |
| 02/28/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.72 | | 10,580.51 |
| 03/01/06 | 3 | CHRISTOPHER KEITH SALVINO<br>401 E ONTARIO ST APT 4406<br>CHICAGO, IL 60611-6900 | PURCHASE OF JEWELRY FROM ESTATE | 1129-000 | 15,000.00 | | 25,580.51 |
| 03/14/06 | 1 | CHRISTOPHER KEITH SALVINO<br>401 E ONTARIO ST APT 4406<br>CHICAGO, IL 60611-6900 | MAR '06 RENT | 1122-000 | 2,650.00 | | 28,230.51 |
| 03/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.80 | | 28,251.31 |
| 04/06/06 | 1 | CHRISTOPHER KEITH SALVINO<br>401 E ONTARIO ST APT 4406<br>CHICAGO, IL 60611-6900 | APRIL '06 RENT | 1122-000 | 2,650.00 | | 30,901.31 |

Page Subtotals    30,926.69    25.38

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 05/19/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 24.74 | | 30,926.05 |
| 05/03/06 | 1 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | MAY RENT | 1122-000 | 2,650.00 | | 33,576.05 |
| 05/16/06 | 4 | WILLIAM BLAIR & COMPANY | | 1129-000 | 15,100.00 | | 48,676.05 |
| 05/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 33.52 | | 48,709.57 |
| 05/31/06 | 001001 | NEW YORK JEWELERS 11 N. WABASH AVENUE CHICAGO, IL 60602 | ADMINISTRATIVE EXPENSE APPRAISAL OF DEBTOR'S JEWELRY | 2420-000 | | 275.00 | 48,434.57 |
| 06/30/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 39.82 | | 48,474.39 |
| 07/26/06 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 4,548.65 | 43,925.74 |
| 07/31/06 | 5 | AIR ANGELS, INC. | | 1129-000 | 15,000.00 | | 58,925.74 |
| 07/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.42 | | 58,966.16 |
| 08/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.85 | | 59,015.01 |
| 09/29/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.50 | | 59,063.51 |
| 10/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.17 | | 59,113.68 |
| 11/30/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.59 | | 59,162.27 |
| 12/29/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.25 | | 59,212.52 |
| 01/31/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.29 | | 59,262.81 |
| 02/28/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 45.46 | | 59,308.27 |
| 03/15/07 | 001002 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | BOND PREMIUM | 2300-000 | | 80.68 | 59,227.59 |
| 03/30/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.34 | | 59,277.93 |
| 04/30/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.72 | | 59,326.65 |
| 05/31/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.39 | | 59,377.04 |
| 06/29/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.80 | | 59,425.84 |

Page Subtotals      33,428.86      4,904.33

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 05/19/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/31/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.48 | | 59,476.32 |
| 08/31/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.51 | | 59,526.83 |
| 09/28/07 | 2 | Bank of America | Interest Rate 0.750 | 1270-000 | 37.91 | | 59,564.74 |
| 10/02/07 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 752.40 | 58,812.34 |
| 10/31/07 | 2 | Bank of America | Interest Rate 0.750 | 1270-000 | 37.48 | | 58,849.82 |
| 11/05/07 | 6 | STATE OF ILLINOIS | 2004 STATE REFUND | 1224-000 | 18,930.00 | | 77,779.82 |
| 11/05/07 | 7 | STATE OF ILLINOIS | 2005 STATE TAX REFUND | 1224-000 | 8,287.00 | | 86,066.82 |
| 11/30/07 | 2 | Bank of America | Interest Rate 0.650 | 1270-000 | 41.99 | | 86,108.81 |
| 12/31/07 | 2 | Bank of America | Interest Rate 0.500 | 1270-000 | 41.17 | | 86,149.98 |
| 01/31/08 | 2 | Bank of America | Interest Rate 0.400 | 1270-000 | 34.13 | | 86,184.11 |
| 02/13/08 | 43 | UNITED STATES TREASURY | 2004 AND 2005 TAX REFUND | 1124-000 | 214,892.30 | | 301,076.41 |
| 02/28/08 | 001003 | INTERNATIONAL SURETIES LTD<br>SUITE 500<br>203 CARONDELET STREET<br>NEW ORLEANS, LA 70130 | BOND PREMIUM | 2300-000 | | 73.38 | 301,003.03 |
| 02/29/08 | 2 | Bank of America | Interest Rate 0.300 | 1270-000 | 46.91 | | 301,049.94 |
| 03/31/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 71.15 | | 301,121.09 |
| 04/15/08 | | Transfer from Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | 26,301.00 | | 327,422.09 |
| 04/15/08 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 26,300.00 | 301,122.09 |
| 04/30/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 61.71 | | 301,183.80 |
| 05/30/08 | 2 | Bank of America | Interest Rate 0.150 | 1270-000 | 38.26 | | 301,222.06 |
| 06/02/08 | 44 | SALVINO, CHRISTOPHER KEITH<br>401 E ONTARIO ST APT 4406<br>CHICAGO IL 60611-6900 | Installment Payment of Settlement Amount | 1241-000 | 6,000.00 | | 307,222.06 |
| 06/30/08 | 2 | Bank of America | Interest Rate 0.150 | 1270-000 | 37.65 | | 307,259.71 |
| 07/10/08 | 44 | SALVINO, CHRISTOPHER KEITH<br>401 E ONTARIO ST APT 4406<br>CHICAGO IL 60611-6900 | 2nd INSTALLMENT PAYMENT/SETTLEMENT | 1229-000 | 6,000.00 | | 313,259.71 |
| | | | Page Subtotals | | 280,959.65 | 27,125.78 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 05/19/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/23/08 | 44 | SALVINO, CHRISTOPHER KEITH<br>401 E ONTARIO ST APT 4406<br>CHICAGO IL 60611-6900 | | 1229-000 | 6,000.00 | | 319,259.71 |
| 07/31/08 | 2 | Bank of America | Interest Rate 0.150 | 1270-000 | 39.58 | | 319,299.29 |
| 08/28/08 | 44 | SALVINO, CHRISTOPHER KEITH<br>401 E ONTARIO ST APT 4406<br>CHICAGO IL 60611-6900 | | 1229-000 | 6,000.00 | | 325,299.29 |
| 08/29/08 | 2 | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 40.56 | | 325,339.85 |
| 09/22/08 | 44 | SALVINO, CHRISTOPHER KEITH<br>401 E ONTARIO ST APT 4406<br>CHICAGO IL 60611-6900 | | 1241-000 | 6,000.00 | | 331,339.85 |
| 09/30/08 | 2 | Bank of America | Interest Rate 0.150 | 1270-000 | 40.13 | | 331,379.98 |
| 10/31/08 | 2 | Bank of America | Interest Rate 0.100 | 1270-000 | 32.14 | | 331,412.12 |
| 11/06/08 | 44 | SALVINO | INSTALLMENT OF SETTLEMENT | 1229-000 | 6,000.00 | | 337,412.12 |
| 11/28/08 | 2 | Bank of America | Interest Rate 0.100 | 1270-000 | 27.50 | | 337,439.62 |
| 12/04/08 | 44 | SALVINO, CHRISTOPHER KEITH<br>401 E ONTARIO ST APT 4406<br>CHICAGO IL 60611-6900 | | 1229-000 | 6,000.00 | | 343,439.62 |
| 12/31/08 | 2 | Bank of America | Interest Rate 0.030 | 1270-000 | 19.78 | | 343,459.40 |
| 01/08/09 | 44 | CHRISTOPER SALVINO | FINAL INSTALLMENT OF PAYMENT PLAN | 1241-000 | 3,000.00 | | 346,459.40 |
| 01/30/09 | 2 | Bank of America | Interest Rate 0.030 | 1270-000 | 8.79 | | 346,468.19 |
| 02/18/09 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 493.60 | 345,974.59 |
| 02/19/09 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 62.00 | 345,912.59 |
| 02/27/09 | 2 | Bank of America | Interest Rate 0.030 | 1270-000 | 7.97 | | 345,920.56 |
| 03/31/09 | 2 | Bank of America | Interest Rate 0.030 | 1270-000 | 8.82 | | 345,929.38 |
| 04/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.90 | | 345,949.28 |
| 05/29/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.56 | | 345,969.84 |
| 06/08/09 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 5,982.30 | 339,987.54 |
| | | | Page Subtotals | | 33,265.73 | 6,537.90 | |

UST Form 101-7-TFR (9/1/2009) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 05/19/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.65 | | 340,007.19 |
| 07/31/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.21 | | 340,027.40 |
| 08/31/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,047.62 |
| 09/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.56 | | 340,067.18 |
| 10/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,087.40 |
| 11/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.57 | | 340,106.97 |
| 12/31/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,127.19 |
| 01/29/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,147.41 |
| 02/26/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 18.27 | | 340,165.68 |
| 03/31/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.23 | | 340,185.91 |
| 04/30/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.57 | | 340,205.48 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 378,798.87 | 38,593.39 | 340,205.48
| Less: Bank Transfers/CD's | 26,301.00 | 38,138.95 |
| Subtotal | 352,497.87 | 454.44 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 352,497.87 | 454.44 |

Page Subtotals          217.94          0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 05-61546  
Case Name: CHRISTOPHER KEITH SALVINO  
SUZANNE MARY SALVINO  
Taxpayer ID No: XX-XXX0510  
For Period Ending: 05/19/10

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX4187 - CHECKING ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/26/06 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 4,548.65 | | 4,548.65 |
| 07/26/06 | 002001 | 401 EAST ONTARIO CONDOMINIUM ASSOCIATION<br>401 EAST ONTARIO<br>CHICAGO, IL 60611 | PAYMENT OF ADMIN CLAIM -- ASSESSMENTS | 2410-000 | | 4,547.65 | 1.00 |
| 10/02/07 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 752.40 | | 753.40 |
| 10/02/07 | 002002 | ESQUIRE DEPOSITION SERVICES LLC<br>311 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | TRANSCRIPT OF 341 MEETING | 2990-000 | | 752.40 | 1.00 |
| 04/15/08 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 26,300.00 | | 26,301.00 |
| 04/15/08 | 002003 | ARIZONA DEPT OF REVENUE | CHECK ISSUED IN ERROR 4/15/08 | 2820-000 | | -9,323.00 | 35,624.00 |
| 04/15/08 | 002004 | UNITED STATES TREASURY | ISSUED IN ERROR 4/15/08 | 4300-000 | | -15,160.00 | 50,784.00 |
| 04/15/08 | | Transfer to Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | | 26,301.00 | 24,483.00 |
| 04/15/08 | 002003 | ARIZONA DEPT OF REVENUE | 2005 ARIZONA 140NR | 2820-000 | | 9,323.00 | 15,160.00 |
| 04/15/08 | 002004 | UNITED STATES TREASURY | | 4300-000 | | 15,160.00 | 0.00 |
| 02/18/09 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 493.60 | | 493.60 |
| 02/18/09 | 002005 | INTERNATIONAL SURETIES LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND | 2300-000 | | 493.60 | 0.00 |
| 02/19/09 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 62.00 | | 62.00 |
| 02/19/09 | 002006 | ILLINOIS DEPARTMENT OF REVENUE<br>PO BOX 19009<br>SPRINGFIELD, ILLINOIS 62794-9009 | IL-1041-V 2006 | 2810-000 | | 62.00 | 0.00 |
| 06/08/09 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 5,982.30 | | 5,982.30 |
| 06/08/09 | 002007 | LEVENFELD PEARLSTEIN LLC | FEES 5839.00 EXPENSES 143.30 ODER ENT 52709 | 3210-000 | | 5,982.30 | 0.00 |
| | | | Page Subtotals | | 38,138.95 | 38,138.95 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7
Exhibit B

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 05/19/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4187 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 38,138.95 | 38,138.95 | 0.00 |
| | | |   Less: Bank Transfers/CD's | | 38,138.95 | 26,301.00 | |
| | | | Subtotal | | 0.00 | 11,837.95 | |
| | | |   Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 11,837.95 | |

| | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| MONEY MARKET - XXXXXX4093 | 352,497.87 | 454.44 | 340,205.48 |
| CHECKING ACCOUNT - XXXXXX4187 | 0.00 | 11,837.95 | 0.00 |

| | | | |
|---|---|---|---|
| Total Allocation Receipts: | 0.00 | 352,497.87 | 12,292.39 | 340,205.48 |
| Total Net Deposits: | 352,497.87 | | | |
| Total Gross Receipts: | 352,497.87 | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals         0.00         0.00

UST Form 101-7-TFR (9/1/2009) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 05-61546
Debtor Name: SALVINO, CHRISTOPHER KEITH
Claims Bar Date: 06/20/06

Date: May 19, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>One South Wacker Drive<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $20,873.92 | $20,873.92 |
| 100 2200 | Gregg Szilagyi<br>One South Wacker Drive<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | JOSEPH A. BALDI &<br>ASSOCIATES<br>19 SOUTH LASALLE STREET<br>CHICAGO, ILLINOIS 60602 | Administrative | | $0.00 | $24,395.30 | $24,395.30 |
| 100 3220 | JOSEPH A. BALDI &<br>ASSOCIATES<br>19 SOUTH LASALLE STREET<br>CHICAGO, ILLINOIS 60602 | Administrative | | $0.00 | $10.80 | $10.80 |
| 100 3410 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHICAGO, IL 60601<br>ATTN: LOIS WEST | Administrative | | $0.00 | $4,926.50 | $4,926.50 |
| 12 150 6820 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, Utah 84134-0266 | Administrative | DISALLOWED | $0.00 | $1,757.00 | $0.00 |
| 12 150 6820 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, Utah 84134-0266 | Administrative | DISALLOWED | $0.00 | $1,757.00 | $0.00 |
| 12 150 6820 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, Utah 84134-0266 | Administrative | DISALLOWED | $0.00 | $2,362.37 | $0.00 |
| 12 150 6820 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, Utah 84134-0266 | Administrative | DISALLOWED | $0.00 | $1,757.00 | $0.00 |
| 13 150 6820 | Arizona Department of Revenue<br>P.O. Box 52016<br>Phoenix, AZ 85072-2016 | Administrative | DISALLOWED | $0.00 | $9,323.00 | $0.00 |
| 13 150 6820 | Arizona Department of Revenue<br>P.O. Box 52016<br>Phoenix, AZ 85072-2016 | Administrative | DISALLOWED | $0.00 | $9,323.00 | $0.00 |
| 18 150 6820 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Administrative | | $0.00 | $8,874.00 | $8,874.00 |
| 20 150 6820 | Illinois Department of Revenue<br>c/o James Newbold<br>Assistant Attorney General<br>100 W. Randolph Street<br>Chicago, IL 60601 | Administrative | DISALLOWED | $0.00 | $53,733.72 | $0.00 |
| 21 150 6820 | Illinois Department of Revenue<br>c/o James Newbold<br>Assistant Attorney General<br>100 W. Randolph Street<br>Chicago, IL 60601 | Administrative | DISALLOWED | $0.00 | $43,009.58 | $43,009.58 |
| 000006 280 5800 | INTERNAL REVENUE<br>SERVICE<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 05-61546
Debtor Name: SALVINO, CHRISTOPHER KEITH
Claims Bar Date: 06/20/06

Date: May 19, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | | | CLAIM AMENDED AMT TO $0.00 | | | |
| 14 / 280 / 5800 | Department of the Treasury-Internal Revenue Service Centralized Insolvency Operations P O Box 21126 Philadelphia, PA 19114 | Priority | | $0.00 | $15,160.00 | $0.00 |
| | | | DISALLOWED | | | |
| 000001 / 300 / 7100 | AMERICAN CHARTERED BANK C/O Kevin J Joyce Meltzer Purtill & Stelle LLC 1515 E Woodfield Rd 2nd Flr Schaumburg, IL 60173 | Unsecured | | $0.00 | $283,762.46 | $283,762.46 |
| | | | ORIG. SEC. CLAIM AMENDED TO GEN. UNSECURED CLAIM | | | |
| 000003 / 300 / 7100 | BOOKER, REGINALD 10153 S PROSPECT ST 2ND FLOOR CHICAGO, IL 60643 | Unsecured | | $0.00 | $45,000.00 | $0.00 |
| | | | DISALLOWED BY ORDER OF COURT | | | |
| 000004A / 300 / 7100 | 401 E. Ontario Unit 4405 Justin Han, Ethan Molitch-Hou, & Nafis Ahmed Chicago, IL 60611 | Unsecured | | $0.00 | $425.00 | $0.00 |
| | | | WITHDRAWN | | | |
| 000004B / 300 / 7100 | 401 E. Ontario Unit 4405 Justin Han, Ethan Molitch-Hou, & Nafis Ahmed Chicago, IL 60611 | Unsecured | | $0.00 | $2,225.00 | $0.00 |
| | | | WITHDRAWN | | | |
| 000007 / 300 / 7100 | AIR ANGELS INC RICH BLESSEN GARDNER CARTON & DOUGLAS LLP 191 N WACKER DRIVE STE 3700 CHICAGO, IL 60606 | Unsecured | | $0.00 | $101,145.89 | $101,145.89 |
| 000008 / 300 / 7100 | WISH ACQUISITIONS, LLC c/o Jason J. Dejonker, Esq. 227 West Monroe Street Chicago, IL 60606-5096 | Unsecured | | $0.00 | $1,500,000.00 | $0.00 |
| | | | DUPLICATE | | | |
| 8 / 300 / 7100 | Wish Acquisitions, LLC Wish Acquisitions, LLC Bill McNab C/O Winthrop & Weinstine 225 South Sixth Street Suite 3500 Minneapolis, MN 55402 | Unsecured | | $0.00 | $1,500,000.00 | $0.00 |
| | | | DUPLICATE | | | |
| 8 / 300 / 7100 | Wish Acquisitions, LLC Bill McNab C/O Winthrop & Weinstine 225 South Sixth Street Suite 3500 Minneapolis, MN 55402 | Unsecured | | $0.00 | $1,500,000.00 | $1,500,000.00 |
| 000009 / 300 / 7100 | CITIBANK (SOUTH DAKOTA) NA 1 Citibank / CHOICE POB 6305 The Lakes, NV 88901 | Unsecured | | $0.00 | $962.01 | $962.01 |
| 000010 / 300 / 7100 | CITIBANK(SOUTH DAKOTA) NA 2 Citibank/ CHOICE Exception Payment Processing PO Box 6305 The Lakes NV 88901-6305 | Unsecured | | $0.00 | $4,130.13 | $4,130.13 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 05-61546
Debtor Name: SALVINO, CHRISTOPHER KEITH
Claims Bar Date: 06/20/06

Date: May 19, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18 300 7100 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $0.00 | $999.00 | $999.00 |
| 19 300 7100 | Wish Acquisitions, LLC c/o Winthrop & Weinstine, P.A. 225 South Sixth Street Minneapolis, MN 55402 | Unsecured | ENTERED IN ERROR | $0.00 | $0.00 | $0.00 |
| 19 300 7100 | Wish Acquisitions, LLC c/o Winthrop & Weinstine, P.A. 225 South Sixth Street Minneapolis, MN 55402 | Unsecured | DUPLICATE | $0.00 | $1,500,000.00 | $0.00 |
| 21 300 7100 | Illinois Department of Revenue c/o James Newbold Assistant Attorney General 100 W. Randolph Street Chicago, IL 60601 | Unsecured | | $0.00 | $7,250.00 | $7,250.00 |
| 000002 400 4110 | COOK COUNTY TREASURER'S OFFICE Legal Department 118 North Clark Street - Room 222 Chicago, IL 60602 | Secured | DISALLOWED BY ORDER OF COURT | $0.00 | $8,687.00 | $0.00 |
| 000005 400 4110 | 401 EAST ONTARIO CONDOMINIUM ASSOCI c/o Condominium Common Expense Assessmen Arnstein & Lehr LLP 120 S Riverdale Plaza #1200 Chicago, IL 60606 | Secured | WITHDRAWN | $0.00 | $3,826.39 | $0.00 |
| 11 400 4800 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Secured | DISALLOWED | $0.00 | $42,144.00 | $0.00 |
| 12 400 4800 | Utah State Tax Commission Utah State Tax Commission 210 North 1950 West Salt Lake City, Utah 84134-0266 | Secured | DISALLOWED | $0.00 | $4,119.37 | $0.00 |
| 13 400 4800 | Arizona Department of Revenue Arizona Department of Revenue P.O. Box 52016 Phoenix, AZ 85072-2016 | Secured | DISALLOWED | $0.00 | $18,646.00 | $0.00 |
| 15 400 4800 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Secured | DISALLOWED | $0.00 | $10,445.75 | $0.00 |
| 16 400 4800 | State of Delaware, Division of Corporations P.O. Box 898 Dover, DE 19903 | Secured | DISALLOWED | $0.00 | $1,102.50 | $0.00 |
| 17 400 4800 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Secured | DISALLOWED | $0.00 | $53,733.72 | $0.00 |
| | Case Totals | | | $0.00 | $6,785,867.41 | $2,000,339.59 |

UST Form 101-7-TFR (9/1/2009) *(Page: 15)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 05-61546 | | | | | | Date: May 19, 2010 |
|---|---|---|---|---|---|---|

Debtor Name: SALVINO, CHRISTOPHER KEITH
Claims Bar Date: 06/20/06

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
             SUZANNE MARY SALVINO
Trustee Name: Gregg Szilagyi

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Gregg Szilagyi | $_____ | $_____ |
| Attorney for trustee: JOSEPH A. BALDI & ASSOCIATES | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: POPOWCER KATTEN LTD. | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other: Illinois Department of Revenue* | $_____ | $_____ |
| *Other: Illinois Department of Revenue Bankruptcy Section* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | AMERICAN CHARTERED BANK | $ | $ |
| *000007* | AIR ANGELS INC | $ | $ |
| *8* | Wish Acquisitions, LLC | $ | $ |
| *000009* | CITIBANK (SOUTH DAKOTA) NA 1 | $ | $ |
| *000010* | CITIBANK(SOUTH DAKOTA) NA 2 | $ | $ |
| *18* | Illinois Department of Revenue Bankruptcy Section | $ | $ |
| *21* | Illinois Department of Revenue | $ | $ |

   Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

   Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $_____.