# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
CHRISTOPHER KEITH SALVINO § Case No. 05-61546
SUZANNE MARY SALVINO §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants: Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Gregg Szilagyi _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | 401 EAST ONTARIO CONDOMINIUM ASSOCI | | | | | |
| 000002 | COOK COUNTY TREASURER'S OFFICE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES LTD | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| 401 EAST ONTARIO CONDOMINIUM ASSOCIATION | | | | | |
| NEW YORK JEWELERS | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ESQUIRE DEPOSITION SERVICES LLC | | | | | |
| LEVENFELD PEARLSTEIN LLC | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Arizona Department of Revenue | | | | | |
| 13 | Arizona Department of Revenue | | | | | |
| 13 | Arizona Department of Revenue | | | | | |
| 14 | Department of the Treasury-Internal Revenue Service | | | | | |
| 000006 | INTERNAL REVENUE SERVICE | | | | | |
| 20 | Illinois Department of Revenue | | | | | |
| 21 | Illinois Department of Revenue | | | | | |
| 11 | Illinois Department of Revenue Bankruptcy Section | | | | | |
| 15 | Illinois Department of Revenue Bankruptcy Section | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | Illinois Department of Revenue Bankruptcy Section | | | | | |
| 18 | Illinois Department of Revenue Bankruptcy Section | | | | | |
| 16 | State of Delaware, Division of Corporations | | | | | |
| 12 | Utah State Tax Commission | | | | | |
| 12 | Utah State Tax Commission | | | | | |
| 12 | Utah State Tax Commission | | | | | |
| 12 | Utah State Tax Commission | | | | | |
| 12 | Utah State Tax Commission | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004A | 401 E. Ontario | | | | | |
| 000004B | 401 E. Ontario | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AIR ANGELS INC | | | | | |
| 000001 | AMERICAN CHARTERED BANK | | | | | |
| 000003 | BOOKER, REGINALD | | | | | |
| 000009 | CITIBANK (SOUTH DAKOTA) NA 1 | | | | | |
| 000010 | CITIBANK(SOUTH DAKOTA) NA 2 | | | | | |
| 21 | Illinois Department of Revenue | | | | | |
| 18 | Illinois Department of Revenue Bankruptcy Section | | | | | |
| 000008 | WISH ACQUISITIONS, LLC | | | | | |
| 8 | Wish Acquisitions, LLC | | | | | |
| 19 | Wish Acquisitions, LLC | | | | | |
| 19 | Wish Acquisitions, LLC | | | | | |
| 8 | Wish Acquisitions, LLC | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-61546 | ERW | Judge: | Eugene R. Wedoff | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | CHRISTOPHER KEITH SALVINO | | | | | Date Filed (f) or Converted (c): | 10/16/05 (f) |
| | SUZANNE MARY SALVINO | | | | | 341(a) Meeting Date: | 02/16/06 |
| For Period Ending: 12/16/10 | | | | | | Claims Bar Date: | 06/20/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1 | RENT FROM REAL ESTATE (u) | Unknown | Unknown | | 18,550.00 | Unknown |
| 2 | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,773.15 | Unknown |
| 3 | FURS AND JEWELRY | 10,000.00 | Unknown | | 15,000.00 | Unknown |
| 4 | CHECKING, SAVINGS, ETC. -- wm blair acct (u) | 0.00 | Unknown | | 15,100.00 | Unknown |
| 5 | STOCK -- AIR ANGELS, INC. | 1,000.00 | Unknown | | 15,000.00 | FA |
| 6 | MISC. REFUND - 2004 STATE TAX REFUND (u) | 0.00 | Unknown | | 18,930.00 | FA |
| 7 | MISC. REFUND -- 2005 STATE TAX REFUND (u) | 0.00 | Unknown | | 8,287.00 | FA |
| 8 | CHECKING, SAVINGS, ETC. harris | 3,000.00 | Unknown | | 0.00 | Unknown |
| 9 | CHECKING, SAVINGS, ETC. -- harris | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 10 | SECURITY DEPOSIT - domestic staff | 6,000.00 | 6,000.00 | | 0.00 | 6,000.00 |
| 11 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | Unknown | | 0.00 | Unknown |
| 12 | BOOKS, ART OBJECTS, COLLECTIBLES | 50.00 | Unknown | | 0.00 | Unknown |
| 13 | WEARING APPAREL | 200.00 | 200.00 | | 0.00 | 200.00 |
| 14 | SPORTS AND HOBBY EQUIPMENT | 200.00 | Unknown | | 0.00 | Unknown |
| 15 | IRA'S/PENSION PLANS, ETC. aero flt II | 13,238.00 | Unknown | | 0.00 | Unknown |
| 16 | IRA'S/PENSION PLANS, ETC. del charter | 113,224.00 | Unknown | | 0.00 | Unknown |
| 17 | IRA'S/PENSION PLANS, ETC. -- midwest surgical pension | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | IRA'S/PENSION PLANS, ETC. midwest surgical profit sharing | 1.00 | Unknown | | 0.00 | Unknown |
| 19 | IRA'S/PENSION PLANS, ETC. wish center 401 k | 275,000.00 | Unknown | | 0.00 | Unknown |
| 20 | STOCK -- aero flight II | 1.00 | Unknown | | 0.00 | Unknown |
| 21 | STOCK -- midwest sugical consultants | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 22 | STOCK -- midwest surgical real estate holdings | 1.00 | Unknown | | 0.00 | 0.00 |
| 23 | STOCK -- midwest surgical llc | 1.00 | Unknown | | 0.00 | Unknown |
| 24 | STOCK -- midwest trauma llc | 1.00 | 1.00 | | 0.00 | 1.00 |
| 25 | STOCK -- salvino holdings, inc | 1.00 | Unknown | | 0.00 | Unknown |
| 26 | STOCK -- weight intervention | 1.00 | Unknown | | 0.00 | Unknown |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

Case No:        05-61546        ERW        Judge:   Eugene R. Wedoff
Case Name:   CHRISTOPHER KEITH SALVINO
                      SUZANNE MARY SALVINO
For Period Ending: 12/16/10

Trustee Name:        Gregg Szilagyi
Date Filed (f) or Converted (c):  10/16/05 (f)
341(a) Meeting Date:        02/16/06
Claims Bar Date:        06/20/06

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27 | STOCK -- wish center no. 3 | 1.00 | Unknown | | 0.00 | Unknown |
| 28 | STOCK -- executive charter | 1.00 | Unknown | | 0.00 | Unknown |
| 29 | STOCK -- midwest surgical specialists | 1.00 | Unknown | | 0.00 | Unknown |
| 30 | STOCK -- salvino enterprises II lp | 30,000.00 | Unknown | | 0.00 | Unknown |
| 31 | Salvino enterprises lp | 1,000.00 | Unknown | | 0.00 | Unknown |
| 32 | ACCOUNTS RECEIVABLE - az temp services | 2,000.00 | Unknown | | 0.00 | Unknown |
| 33 | OTHER DEBTS OWED TO DEBTOR - loan to aeroflight II | 1.00 | Unknown | | 0.00 | Unknown |
| 34 | CONTINGENT CLAIMS salvino 2002 gift trust | 1.00 | Unknown | | 0.00 | Unknown |
| 35 | CONTINGENT CLAIMS 2002 dec of trust | 1.00 | Unknown | | 0.00 | Unknown |
| 36 | CONTINGENT CLAIMS -- 2002 irrev trust | 1.00 | Unknown | | 0.00 | Unknown |
| 37 | CONTINGENT CLAIMS -- suzanne 2002 dec of trust | 1.00 | Unknown | | 0.00 | Unknown |
| 38 | PATENT -- 1/5 INTEREST IN MED PATENT | 100.00 | Unknown | | 0.00 | Unknown |
| 39 | LICENSES AND FRANCHISES - PARTIAL INT IN BULLS TIX | 3,900.00 | Unknown | | 0.00 | Unknown |
| 40 | COMPUTER | 1.00 | Unknown | | 0.00 | Unknown |
| 41 | ANIMAL - CAT | 1.00 | Unknown | | 0.00 | Unknown |
| 42 | OTHER MISC -- INDEMNITY AGREEMENT | 1.00 | Unknown | | 0.00 | Unknown |
| 43 | MISC. REFUND 2004 1040 | Unknown | Unknown | | 214,892.30 | Unknown |
| 44 | Avoidance Action (u) | 0.00 | Unknown | | 45,000.00 | FA |
| 45 | GOVT BONDS | 100.00 | 100.00 | | 0.00 | 100.00 |
| 46 | REAL ESTATE -401 E. ONTARIO | 650,000.00 | Unknown | DA | 0.00 | Unknown |

TOTALS (Excluding Unknown Values)                $1,113,030.00        $8,301.00                $352,532.45

Gross Value of Remaining Assets
$8,301.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 05-61546 | ERW | Judge: | Eugene R. Wedoff | |

Case Name:   CHRISTOPHER KEITH SALVINO
                      SUZANNE MARY SALVINO
For Period Ending: 12/16/10

Trustee Name:                                    Gregg Szilagyi
Date Filed (f) or Converted (c):  10/16/05 (f)
341(a) Meeting Date:                       02/16/06
Claims Bar Date:                             06/20/06

RE PROP #   3   --   DIAMOND BRACELET, DIAMOND STUD EARRINGS, WEDDING RING, ENGAGEMENT RING
RE PROP #   4   --   WILLIAM BLAIR ACCOUNT

Initial Projected Date of Final Report (TFR):   12/31/07        Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 05-61546 | Trustee Name: Gregg Szilagyi |
| Case Name: CHRISTOPHER KEITH SALVINO | Bank Name: Bank of America |
| SUZANNE MARY SALVINO | Account Number/CD#: XXXXXX4093 - MONEY MARKET |
| Taxpayer ID No: XX-XXX0510 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/16/10 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/06 | 1 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | DEC. RENT | 1122-000 | 2,650.00 | | 2,650.00 |
| 01/25/06 | 1 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | JAN. RENT | 1122-000 | 2,650.00 | | 5,300.00 |
| 01/30/06 | 1 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | NOV '05 RENT | 1122-000 | 2,650.00 | | 7,950.00 |
| 01/31/06 | 2 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 0.17 | | 7,950.17 |
| 02/09/06 | 001000 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | BOND PREMIUM PAYMENT | 2300-000 | | 25.38 | 7,924.79 |
| 02/24/06 | 1 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | FEB RENT 401 E Ontario | 1122-000 | 2,650.00 | | 10,574.79 |
| 02/28/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 5.72 | | 10,580.51 |
| 03/01/06 | 3 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | PURCHASE OF JEWELRY FROM ESTATE | 1129-000 | 15,000.00 | | 25,580.51 |
| 03/14/06 | 1 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | MAR '06 RENT | 1122-000 | 2,650.00 | | 28,230.51 |
| 03/31/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 20.80 | | 28,251.31 |
| 04/06/06 | 1 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | APRIL '06 RENT | 1122-000 | 2,650.00 | | 30,901.31 |
| | | | Page Subtotals | | 30,926.69 | 25.38 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 12/16/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/28/06 | 2 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 24.74 | | 30,926.05 |
| 05/03/06 | 1 | CHRISTOPHER KEITH SALVINO 401 E ONTARIO ST APT 4406 CHICAGO, IL 60611-6900 | MAY RENT | 1122-000 | 2,650.00 | | 33,576.05 |
| 05/16/06 | 4 | WILLIAM BLAIR & COMPANY | | 1129-000 | 15,100.00 | | 48,676.05 |
| 05/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 33.52 | | 48,709.57 |
| 05/31/06 | 001001 | NEW YORK JEWELERS 11 N. WABASH AVENUE CHICAGO, IL 60602 | ADMINISTRATIVE EXPENSE APPRAISAL OF DEBTOR'S JEWELRY | 2420-000 | | 275.00 | 48,434.57 |
| 06/30/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 39.82 | | 48,474.39 |
| 07/26/06 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 4,548.65 | 43,925.74 |
| 07/31/06 | 5 | AIR ANGELS, INC. | | 1129-000 | 15,000.00 | | 58,925.74 |
| 07/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 40.42 | | 58,966.16 |
| 08/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.85 | | 59,015.01 |
| 09/29/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.50 | | 59,063.51 |
| 10/31/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.17 | | 59,113.68 |
| 11/30/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.59 | | 59,162.27 |
| 12/29/06 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.25 | | 59,212.52 |
| 01/31/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.29 | | 59,262.81 |
| 02/28/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 45.46 | | 59,308.27 |
| 03/15/07 | 001002 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | BOND PREMIUM | 2300-000 | | 80.68 | 59,227.59 |
| 03/30/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.34 | | 59,277.93 |
| 04/30/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.72 | | 59,326.65 |
| 05/31/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.39 | | 59,377.04 |
| 06/29/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 48.80 | | 59,425.84 |

Page Subtotals       33,428.86       4,904.33

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 12/16/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.48 | | 59,476.32 |
| 08/31/07 | 2 | Bank of America | Interest Rate 1.000 | 1270-000 | 50.51 | | 59,526.83 |
| 09/28/07 | 2 | Bank of America | Interest Rate 0.750 | 1270-000 | 37.91 | | 59,564.74 |
| 10/02/07 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 752.40 | 58,812.34 |
| 10/31/07 | 2 | Bank of America | Interest Rate 0.750 | 1270-000 | 37.48 | | 58,849.82 |
| 11/05/07 | 6 | STATE OF ILLINOIS | 2004 STATE REFUND | 1224-000 | 18,930.00 | | 77,779.82 |
| 11/05/07 | 7 | STATE OF ILLINOIS | 2005 STATE TAX REFUND | 1224-000 | 8,287.00 | | 86,066.82 |
| 11/30/07 | 2 | Bank of America | Interest Rate 0.650 | 1270-000 | 41.99 | | 86,108.81 |
| 12/31/07 | 2 | Bank of America | Interest Rate 0.500 | 1270-000 | 41.17 | | 86,149.98 |
| 01/31/08 | 2 | Bank of America | Interest Rate 0.400 | 1270-000 | 34.13 | | 86,184.11 |
| 02/13/08 | 43 | UNITED STATES TREASURY | 2004 AND 2005 TAX REFUND | 1124-000 | 214,892.30 | | 301,076.41 |
| 02/28/08 | 001003 | INTERNATIONAL SURETIES LTD SUITE 500 203 CARONDELET STREET NEW ORLEANS, LA 70130 | BOND PREMIUM | 2300-000 | | 73.38 | 301,003.03 |
| 02/29/08 | 2 | Bank of America | Interest Rate 0.300 | 1270-000 | 46.91 | | 301,049.94 |
| 03/31/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 71.15 | | 301,121.09 |
| 04/15/08 | | Transfer from Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | 26,301.00 | | 327,422.09 |
| 04/15/08 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 26,300.00 | 301,122.09 |
| 04/30/08 | 2 | Bank of America | Interest Rate 0.250 | 1270-000 | 61.71 | | 301,183.80 |
| 05/30/08 | 2 | Bank of America | Interest Rate 0.150 | 1270-000 | 38.26 | | 301,222.06 |
| 06/02/08 | 44 | SALVINO, CHRISTOPHER KEITH 401 E ONTARIO ST APT 4406 CHICAGO IL 60611-6900 | Installment Payment of Settlement Amount | 1241-000 | 6,000.00 | | 307,222.06 |
| 06/30/08 | 2 | Bank of America | Interest Rate 0.150 | 1270-000 | 37.65 | | 307,259.71 |
| 07/10/08 | 44 | SALVINO, CHRISTOPHER KEITH 401 E ONTARIO ST APT 4406 CHICAGO IL 60611-6900 | 2nd INSTALLMENT PAYMENT/SETTLEMENT | 1229-000 | 6,000.00 | | 313,259.71 |

Page Subtotals          280,959.65          27,125.78

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 12/16/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/08 | 44 | SALVINO, CHRISTOPHER KEITH 401 E ONTARIO ST APT 4406 CHICAGO IL 60611-6900 | | 1229-000 | 6,000.00 | | 319,259.71 |
| 07/31/08 | 2 | Bank of America | Interest Rate 0.150 | 1270-000 | 39.58 | | 319,299.29 |
| 08/28/08 | 44 | SALVINO, CHRISTOPHER KEITH 401 E ONTARIO ST APT 4406 CHICAGO IL 60611-6900 | | 1229-000 | 6,000.00 | | 325,299.29 |
| 08/29/08 | 2 | Bank of America 3 part check | Interest Rate 0.150 | 1270-000 | 40.56 | | 325,339.85 |
| 09/22/08 | 44 | SALVINO, CHRISTOPHER KEITH 401 E ONTARIO ST APT 4406 CHICAGO IL 60611-6900 | | 1241-000 | 6,000.00 | | 331,339.85 |
| 09/30/08 | 2 | Bank of America | Interest Rate 0.150 | 1270-000 | 40.13 | | 331,379.98 |
| 10/31/08 | 2 | Bank of America | Interest Rate 0.100 | 1270-000 | 32.14 | | 331,412.12 |
| 11/06/08 | 44 | SALVINO | INSTALLMENT OF SETTLEMENT | 1229-000 | 6,000.00 | | 337,412.12 |
| 11/28/08 | 2 | Bank of America | Interest Rate 0.100 | 1270-000 | 27.50 | | 337,439.62 |
| 12/04/08 | 44 | SALVINO, CHRISTOPHER KEITH 401 E ONTARIO ST APT 4406 CHICAGO IL 60611-6900 | | 1229-000 | 6,000.00 | | 343,439.62 |
| 12/31/08 | 2 | Bank of America | Interest Rate 0.030 | 1270-000 | 19.78 | | 343,459.40 |
| 01/08/09 | 44 | CHRISTOPER SALVINO | FINAL INSTALLMENT OF PAYMENT PLAN | 1241-000 | 3,000.00 | | 346,459.40 |
| 01/30/09 | 2 | Bank of America | Interest Rate 0.030 | 1270-000 | 8.79 | | 346,468.19 |
| 02/18/09 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 493.60 | 345,974.59 |
| 02/19/09 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 62.00 | 345,912.59 |
| 02/27/09 | 2 | Bank of America | Interest Rate 0.030 | 1270-000 | 7.97 | | 345,920.56 |
| 03/31/09 | 2 | Bank of America | Interest Rate 0.030 | 1270-000 | 8.82 | | 345,929.38 |
| 04/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.90 | | 345,949.28 |
| 05/29/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.56 | | 345,969.84 |
| 06/08/09 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 5,982.30 | 339,987.54 |

Page Subtotals    33,265.73    6,537.90

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 12/16/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4093 - MONEY MARKET
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.65 | | 340,007.19 |
| 07/31/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.21 | | 340,027.40 |
| 08/31/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,047.62 |
| 09/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.56 | | 340,067.18 |
| 10/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,087.40 |
| 11/30/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.57 | | 340,106.97 |
| 12/31/09 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,127.19 |
| 01/29/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,147.41 |
| 02/26/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 18.27 | | 340,165.68 |
| 03/31/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.23 | | 340,185.91 |
| 04/30/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 19.57 | | 340,205.48 |
| 05/28/10 | 2 | Bank of America | Interest Rate 0.070 | 1270-000 | 20.22 | | 340,225.70 |
| 06/23/10 | 2 | Bank of America | Interest | 1270-000 | 14.36 | | 340,240.06 |
| 06/23/10 | | Transfer to Acct#XXXXXX4187 | Transfer of Funds | 9999-000 | | 340,240.06 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 378,833.45 | 378,833.45 | 0.00 |
| Less: Bank Transfers/CD's | 26,301.00 | 378,379.01 | |
| Subtotal | 352,532.45 | 454.44 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 352,532.45 | 454.44 | |

Page Subtotals                 252.52                 340,240.06

**FORM 2**

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 12/16/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4187 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/26/06 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 4,548.65 | | 4,548.65 |
| 07/26/06 | 002001 | 401 EAST ONTARIO CONDOMINIUM ASSOCIATION 401 EAST ONTARIO CHICAGO, IL 60611 | PAYMENT OF ADMIN CLAIM -- ASSESSMENTS | 2410-000 | | 4,547.65 | 1.00 |
| 10/02/07 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 752.40 | | 753.40 |
| 10/02/07 | 002002 | ESQUIRE DEPOSITION SERVICES LLC 311 WEST WACKER DRIVE CHICAGO, IL 60606 | TRANSCRIPT OF 341 MEETING | 2990-000 | | 752.40 | 1.00 |
| 04/15/08 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 26,300.00 | | 26,301.00 |
| 04/15/08 | 002003 | ARIZONA DEPT OF REVENUE | CHECK ISSUED IN ERROR 4/15/08 | 2820-000 | | -9,323.00 | 35,624.00 |
| 04/15/08 | 002004 | UNITED STATES TREASURY | ISSUED IN ERROR 4/15/08 | 4300-000 | | -15,160.00 | 50,784.00 |
| 04/15/08 | | Transfer to Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | | 26,301.00 | 24,483.00 |
| 04/15/08 | 002003 | ARIZONA DEPT OF REVENUE | 2005 ARIZONA 140NR | 2820-000 | | 9,323.00 | 15,160.00 |
| 04/15/08 | 002004 | UNITED STATES TREASURY | | 4300-000 | | 15,160.00 | 0.00 |
| 02/18/09 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 493.60 | | 493.60 |
| 02/18/09 | 002005 | INTERNATIONAL SURETIES LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | BLANKET BOND | 2300-000 | | 493.60 | 0.00 |
| 02/19/09 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 62.00 | | 62.00 |
| 02/19/09 | 002006 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 19009 SPRINGFIELD, ILLINOIS 62794-9009 | IL-1041-V 2006 | 2810-000 | | 62.00 | 0.00 |
| 06/08/09 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 5,982.30 | | 5,982.30 |
| 06/08/09 | 002007 | LEVENFELD PEARLSTEIN LLC | FEES 5839.00 EXPENSES 143.30 ODER ENT 52709 | 3210-000 | | 5,982.30 | 0.00 |
| 06/23/10 | | Transfer from Acct#XXXXXX4093 | Transfer of Funds | 9999-000 | 340,240.06 | | 340,240.06 |
| | | | Page Subtotals | | 378,379.01 | 38,138.95 | |

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  05-61546
Case Name:  CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No:  XX-XXX0510
For Period Ending:  12/16/10

Trustee Name:  Gregg Szilagyi
Bank Name:  Bank of America
Account Number/CD#:  XXXXXX4187 - CHECKING ACCOUNT
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/10 | 002008 | GREGG SZILAGYI One South Wacker Drive Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 20,873.92 | 319,366.14 |
| 06/23/10 | 002009 | JOSEPH A. BALDI & ASSOCIATES 19 SOUTH LASALLE STREET CHICAGO, ILLINOIS 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 24,395.30 | 294,970.84 |
| 06/23/10 | 002010 | JOSEPH A. BALDI & ASSOCIATES 19 SOUTH LASALLE STREET CHICAGO, ILLINOIS 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | 10.80 | 294,960.04 |
| 06/23/10 | 002011 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE CHICAGO, IL 60601 ATTN: LOIS WEST | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 4,926.50 | 290,033.54 |
| 06/23/10 | 002012 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | (Final distribution to Claim 18, representing a Payment of 100.00% per court order.) | 4800-000 | | 8,874.00 | 281,159.54 |
| 06/23/10 | 002013 | Illinois Department of Revenue c/o James Newbold Assistant Attorney General 100 W. Randolph Street Chicago, IL 60601 | (Final distribution to Claim 21, representing a Payment of 100.00% per court order.) | 4800-000 | | 43,009.58 | 238,149.96 |

Page Subtotals                    0.00            102,090.10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 12/16/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4187 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/10 | 002014 | CITIBANK(SOUTH DAKOTA) NA 2 Citibank/ CHOICE Exception Payment Processing PO Box 6305 The Lakes NV 88901-6305 | (Final distribution to Claim 000010, representing a Payment of 12.55% per court order.) | 7100-000 | | 518.16 | 237,631.80 |
| 06/23/10 | 002015 | AIR ANGELS INC RICH BLESSEN GARDNER CARTON & DOUGLAS LLP 191 N WACKER DRIVE STE 3700 CHICAGO, IL 60606 | (Final distribution to Claim 000007, representing a Payment of 12.55% per court order.) | 7100-000 | | 12,689.53 | 224,942.27 |
| 06/23/10 | 002016 | CITIBANK (SOUTH DAKOTA) NA 1 Citibank / CHOICE POB 6305 The Lakes, NV 88901 | (Final distribution to Claim 000009, representing a Payment of 12.55% per court order.) | 7100-000 | | 120.69 | 224,821.58 |
| 06/23/10 | 002017 | AMERICAN CHARTERED BANK C/O Kevin J Joyce Meltzer Purtill & Stelle LLC 1515 E Woodfield Rd 2nd Flr Schaumburg, IL 60173 | (Final distribution to Claim 000001, representing a Payment of 12.55% per court order.) | 7100-000 | | 35,600.18 | 189,221.40 |
| 06/23/10 | 002018 | Wish Acquisitions, LLC Bill McNab C/O Winthrop & Weinstine 225 South Sixth Street Suite 3500 Minneapolis, MN 55402 | (Final distribution to Claim 8, representing a Payment of 12.55% per court order.) | 7100-000 | | 188,186.51 | 1,034.89 |
| 06/23/10 | 002019 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | (Final distribution to Claim 18, representing a Payment of 12.55% per court order.) | 7100-000 | | 125.33 | 909.56 |

Page Subtotals        0.00        237,240.40

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-61546 | Trustee Name: | Gregg Szilagyi |
| Case Name: | CHRISTOPHER KEITH SALVINO | Bank Name: | Bank of America |
| | SUZANNE MARY SALVINO | Account Number/CD#: | XXXXXX4187 - CHECKING ACCOUNT |
| Taxpayer ID No: | XX-XXX0510 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/16/10 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/23/10 | 002020 | Illinois Department of Revenue c/o James Newbold Assistant Attorney General 100 W. Randolph Street Chicago, IL 60601 | (Final distribution to Claim 21, representing a Payment of 12.55% per court order.) | 7100-000 | | 909.56 | 0.00 |
| 10/25/10 | 002014 | CITIBANK(SOUTH DAKOTA) NA 2 Citibank/ CHOICE Exception Payment Processing PO Box 6305 The Lakes NV 88901-6305 | | 7100-000 | | -518.16 | 518.16 |
| 10/25/10 | 002016 | CITIBANK (SOUTH DAKOTA) NA 1 Citibank / CHOICE POB 6305 The Lakes, NV 88901 | | 7100-000 | | -120.69 | 638.85 |
| 10/25/10 | 002017 | AMERICAN CHARTERED BANK C/O Kevin J Joyce Meltzer Purtill & Stelle LLC 1515 E Woodfield Rd 2nd Flr Schaumburg, IL 60173 | | 7100-000 | | -35,600.18 | 36,239.03 |
| 10/25/10 | 002021 | AMERICAN CHARTERED BANK C/O Kevin J Joyce Meltzer Purtill & Stelle LLC 1515 E Woodfield Rd 2nd Flr Schaumburg, IL 60173 | FINAL DISTRIBUTION | 7100-000 | | 35,600.18 | 638.85 |
| 10/25/10 | 002022 | CITIBANK (SOUTH DAKOTA) NA 1 Citibank / CHOICE POB 6305 The Lakes, NV 88901 | FINAL DISTRIBUTION | 7100-000 | | 120.69 | 518.16 |
| | | | Page Subtotals | | 0.00 | 391.40 | |

**FORM 2**

Page: 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 05-61546
Case Name: CHRISTOPHER KEITH SALVINO
SUZANNE MARY SALVINO
Taxpayer ID No: XX-XXX0510
For Period Ending: 12/16/10

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4187 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/10 | 002023 | CITIBANK(SOUTH DAKOTA) NA 2 Citibank/ CHOICE Exception Payment Processing PO Box 6305 The Lakes NV 88901-6305 | FINAL DISTRIBUTION | 7100-000 | | 518.16 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 378,379.01 | 378,379.01 | 0.00 |
| Less: Bank Transfers/CD's | 378,379.01 | 26,301.00 | |
| Subtotal | 0.00 | 352,078.01 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 352,078.01 | |

| | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| MONEY MARKET - XXXXXX4093 | 352,532.45 | 454.44 | 0.00 |
| CHECKING ACCOUNT - XXXXXX4187 | 0.00 | 352,078.01 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| Total Allocation Receipts: 0.00 | 352,532.45 | 352,532.45 | 0.00 |
| Total Net Deposits: 352,532.45 | ================ | ================ | ================ |
| Total Gross Receipts: 352,532.45 | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 518.16 |